UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKEY DALE NEWMAN                                                                                    PLAINTIFF

v.                                            No. 2:20-CV-02183

MARC MCCUNE, et al.                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff's federal claims against all Defendants are DISMISSED WITH PREJUDICE. Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 21st day of April, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE